[No. 65062-4.   En Banc.]
Argued May 13, 1997.      Decided June 13, 1997.

KING COUNTY, *Respondent*, v. TAXPAYERS OF KING
COUNTY, ET AL., *Appellants*, WASHINGTON STATE
MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES
DISTRICT, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 132 Wn.2d 360-414, has been omitted from this permanent bound volume because of amendments of the majority and dissenting opinions made by orders of the Supreme Court dated October 9 and December 23, 1997. The opinion, as modified, appears at 133 Wn.2d 584.